EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Ismael Cuevas Borrero | 2013 TSPR 6<br><br>187 DPR ____ |

Número del Caso: TS-11028

Fecha: 22 de enero de 2013

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Ismael Cuevas Borrero                    TS-11028

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de enero de 2013.

Examinada la "Moción Informativa y en Cumplimiento de Orden" presentada por el Sr. Ismael Cuevas Borrero, se le reinstala al ejercicio de la abogacía y se remiten las quejas pendientes al Procurador General para su evaluación e informe.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo